UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,                     **SCHEDULING ORDER**

-against-                                      20 Mag. 5968

ROBERT SOTO,

                       Defendant.
--------------------------------------------------------X

TO ALL PARTIES:

      The Court has scheduled an Initial Appearance for June 12, 2020 at 2:30 p.m. before Magistrate Judge Judith C. McCarthy. To access the conference, counsel should call 877-873-8017 and use access code 4264138.

      Members of the press and public may call the same number, but will not be permitted to speak during the conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. *See* Local Civil Rule 1.8. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

      Counsel should be sure to consult the Court's Emergency Individual Rules and Practices, available on the Court's website, and comply with the rules regarding conferences.

Dated:  June 11, 2020
          White Plains, New York

                                                      **SO ORDERED:**

                                                        JUDITH C. McCARTHY
                                                      United States Magistrate Judge